UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 MAR -6  A 10: 08

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 5, 2007

Memo To Counsel Re: Pamela Brunner v. Montgomery County Public Schools
Civil No. JFM-06-2336

Dear Counsel:

I have reviewed plaintiff's sealed motion to seal documentation that was filed on January 25, 2007.

It appears that the motion does refer to plaintiff's medical condition. Accordingly, the motion to seal is granted.

I assume that plaintiff has provided a copy of the motion to defendant as she indicated she would do. If she has not done so, I request that she do so immediately.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge